**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

LI PING ZENG #A221-348-468         CIVIL ACTION NO. 1:25-CV-01831
                                   SEC P

VERSUS                             JUDGE EDWARDS

D H S ET AL                        MAG. JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 23), noting the absence of written objections, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 21) is GRANTED and the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS ORDERED AND SIGNED in Chambers this 4th day of June, 2026.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT